**SO ORDERED.**

**T I F F A N Y  &  B O S C O**
P.A.

**Dated: December 28, 2010**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-30957

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Stephen E. Kopiec and Margaret H. Kopiec<br>                    Debtors.<br>_____<br>Wachovia Mortgage Corporation<br>                    Movant,<br>          vs.<br><br>Stephen E. Kopiec and Margaret H. Kopiec,<br>Debtors, Robert A. MacKenzie, Trustee.<br><br>                    Respondents. | No. 2:10-bk-36261-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

        Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

and no objection having been received, and good cause appearing therefore,

        IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 3, 2009 and recorded in the office of the Maricopa County Recorder wherein Wachovia Mortgage Corporation is the current beneficiary and Stephen E. Kopiec and Margaret H. Kopiec have an interest in, further described as:

> Lot Twelve (12), Clubhouse Estate Unit 1 at the Foothills, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 320 of Maps, Page 38. Excepting Therefrom all oil, gas, minerals and other hydrocarbon substances below a depth of 500 feet, without rights of surface entry, as reserved in Instruments of Record.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.